# EXHIBIT A-1

Electronically FILED by Superior Court of California, County of Los Angeles on 01/11/2019 09:51 AM Sherri R. Carter, Executive Officer/Clerk of Court, by C. Coleman,Deputy Clerk

Michael J. Terhar [State Bar No. 89491]
Jonathan E. Hembree [State Bar No. 274051]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone: (626) 765-3000
Facsimile: (626) 765-3030

Attorneys for Defendant,
SOUTHWEST AIRLINES CO.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

| | |
|---|---|
| CHERYL CALKINS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 18STCV04515<br><br>Assigned to:<br>Judge: Hon. Yolanda Orozco<br>Dept: 7<br><br>**ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: November 9, 2018<br>Non-Jury Trial: May 8, 2020 |

COMES NOW, defendant, SOUTHWEST AIRLINES CO. and answers the Complaint of Plaintiff, CHERYL CALKINS, an individual, as follows:

Pursuant to Code of Civil Procedure section 431.30, this answering defendant denies the allegations of the Complaint, and each cause of action and each and every paragraph in each cause of action, and each and every part thereof, including a denial that plaintiff has been or will be injured or damaged in the sum or sums alleged or to be alleged, or in any sums whatsoever.

**FIRST AFFIRMATIVE DEFENSE**

1. The Complaint fails to state a cause of action against SOUTHWEST AIRLINES CO.

**SECOND AFFIRMATIVE DEFENSE**

2. The accident, injuries or damages alleged herein were either wholly or in part proximately caused by the negligence or other culpable conduct of persons, firms, corporations or entities other than SOUTHWEST AIRLINES CO. and the negligence of such other persons, firms, corporations or entities comparatively reduces the percentage of negligence, if any, attributable to SOUTHWEST AIRLINES CO.

**THIRD AFFIRMATIVE DEFENSE**

3. The provisions of the Fair Responsibility Act of 1986 (known as Proposition 51 and codified in Civil Code sections 1431.1 and 1431.2, *et seq.*) are applicable to this action and SOUTHWEST AIRLINES CO. respectfully request a determination by this Court regarding comparative fault and limitation of liability as to each defendant or non-party for non-economic damages based on a determination of comparative fault.

**FOURTH AFFIRMATIVE DEFENSE**

4. Plaintiff's recovery, if any, should be reduced or barred by reason of the fact that all or some of Plaintiff's claims are pre-empted by any applicable or relevant Federal law.

**FIFTH AFFIRMATIVE DEFENSE**

5. Defendant alleges that SOUTHWEST AIRLINES CO. complied with all applicable federal statutes, including the Federal Aviation Regulations' requirements, at all relevant times.

**SIXTH AFFIRMATIVE DEFENSE**

6. Defendant alleges that the Complaint in its entirety fails to state any violation of a Federal Aviation Regulation.

**SEVENTH AFFIRMATIVE DEFENSE**

7. As a separate and affirmative defense, this answering defendant alleges that plaintiff has failed to join an indispensable party.

**EIGHTH AFFIRMATIVE DEFENSE**

8. As a separate and affirmative defense, this answering defendant alleges that any damages sustained by plaintiff were the result of superseding and/or intervening causes arising from acts or omissions of persons over whom answering defendant had no authority or control and, accordingly, any recovery by plaintiff should be reduced or barred.

**NINTH AFFIRMATIVE DEFENSE**

9. As a separate and affirmative defense, this answering defendant alleges that plaintiff has failed to mitigate her damages.

**TENTH AFFIRMATIVE DEFENSE**

10. Defendant alleges that it may have additional affirmative defenses available to them, of which it is not now fully aware. Defendant reserves the right to assert additional affirmative defenses after the same shall have been ascertained.

WHEREFORE, this answering defendant prays that plaintiff take nothing by virtue of her Complaint, that this action be dismissed, and for such other and further relief as this Court deems just and proper.

Dated: January 11, 2019

CUNNINGHAM SWAIM, LLP

By: ______________________

Michael J. Terhar
Jonathan E. Hembree
Attorneys for Defendant,
SOUTHWEST AIRLINES CO.

**DEMAND FOR JURY TRIAL**

Defendant, SOUTHWEST AIRLINES CO., hereby demands a trial by jury.

Dated: January 11, 2019

CUNNINGHAM SWAIM, LLP

By: ______________________

Michael J. Terhar
Jonathan E. Hembree
Attorneys for Defendant,
SOUTHWEST AIRLINES CO.

**PROOF OF SERVICE**
***Cheryl Calkins v. Southwest Airlines, Co.***
***California Superior Court, County of Los Angeles***
***Case No.: 18STCV04515***

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 550, Pasadena, California 91101.

On January 11, 2019, I caused to be served the within document(s) described as:

**ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

on the interested parties in this action as stated below:

**SEE ATTACHED SERVICE LIST**

[X] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY ELECTRONIC SERVICE:** By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list through the court's electronic service provider

[ ] **BY OVERNIGHT COURIER:** I caused such envelope to be placed for collection and delivery on this date in accordance with standard Federal Express delivery procedures.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[ ] **BY FAX:** In addition to service by mail, I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown on the attached mailing list.

[ ] **BY E-MAIL:** By transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 11, 2019, at Pasadena, California.

Cynthia Vivanco
(Type or print name)

CVivanco
(Signature)

**SERVICE LIST**

***Cheryl Calkins v. Southwest Airlines, Co.***
***California Superior Court, County of Los Angeles***
***Case No.: 18STCV04515***

| | |
|---|---|
| Walter J. Lack, Esq.<br>Steven C. Shuman, Esq.<br>Andrew M. Jacobson, Esq.<br>ENGSTROM, LIPSCOMB & LACK<br>10100 Santa Monica Blvd., 12th Floor<br>Los Angeles, CA 90067-4113<br>Tel: (310) 552-3800<br>Fax: (310) 552-9434<br>Email: ajacobson@elllaw.com | Attorneys for Plaintiff,<br>CHERYL CALKINS |